**JUSTICE LAW CORPORATION**
Douglas Han (SBN 232858)
dhan@justicelawcorp.com
Shunt Tatavos-Gharajeh (SBN 272164)
statavos@justicelawcorp.com
Talia Lux (SBN 336074)
tlux@justicelawcorp.com
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone:  818.230.7502
Facsimile:   818.230.7259

Attorneys for Plaintiff
PARIS MCGOWAN

[*Additional Parties and Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS MCGOWAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE COMPANY, INC., a Texas corporation; MCLANE FOODSERVICE DISTRIBUTION, INC., a North Carolina corporation; MCLANE FOODSERVICE, INC., a Texas corporation; MCLANE/SUNEAST, INC., a Texas corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Consolidated Actions<br>CASE NO. 5:24-cv-00689-JLS-MAR (Lead) (*McGowan I*)<br><br>CASE NO. 5:24-cv-01332-JLS-MAR (*McGowan II*)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY OR FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>***Filed Under Separate Cover*:**<br><br>**[PROPOSED] ORDER**<br><br>**Current Response Date:   08/20/25**<br>**New Response Date:        10/17/25** |

1 | **BAKER & HOSTETLER LLP**
Matthew C. Kane, SBN 171829
*mkane@bakerlaw.com*
Amy E. Beverlin, SBN 284745
*abeverlin@bakerlaw.com*
Kerri H. Sakaue, SBN 301043
*ksakaue@bakerlaw.com*
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4508
Telephone:  310.820.8800
Facsimile:   310.820.8859

**BAKER & HOSTETLER LLP**
Sylvia J. Kim, SBN 258363
*sjkim@bakerlaw.com*
Transamerica Pyramid
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:  415.659.2600
Facsimile:   415.659.2601

Attorneys for Defendants
MCLANE/SUNEAST, INC., MCLANE FOODSERVICE, INC. and MCLANE FOODSERVICE DISTRIBUTION, INC.

Plaintiff Paris McGowan and Defendants McLane/Suneast, Inc., McLane Foodservice, Inc. and McLane Foodservice Distribution, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, hereby notify the Court that they have reached a settlement of Plaintiff's individual claims in this action (the "Settlement") and are in the process of preparing a settlement agreement. In light of the foregoing, the Parties respectfully request that the Court (1) set a deadline of October 17, 2025 for Plaintiff to file dispositional documents dismissing this action; and (2) stay Defendants' August 20, 2025 deadline to serve and file any answer, motions, or other pleadings responsive to Plaintiff's Second Amended Complaint or, alternatively, continue the same to October 17, 2025.

Dated: August 20, 2025

**JUSTICE LAW CORPORATION**

By: */s/ Talia Lux*
Douglas Han, Esq
Shunt Tatavos-Gharajeh, Esq.
Talia Lux, Esq.

Attorneys for Plaintiff PARIS MCGOWAN

Dated: August 20, 2025

**BAKER & HOSTETLER LLP**

By: */s/ Sylvia J. Kim*
Matthew C. Kane, Esq.
Sylvia J. Kim, Esq.
Amy E. Beverlin, Esq.
Kerri H. Sakaue, Esq.

Attorneys for Defendants
MCLANE/SUNEAST, INC., MCLANE FOODSERVICE, INC. and MCLANE FOODSERVICE DISTRIBUTION, INC.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Notice is submitted, concur in the filing's content and have authorized the filing.

*/s/ Sylvia J. Kim*
SYLVIA J. KIM

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

2
JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY OR FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT