| | |
|---|---|
| 1 | DOUGLAS HAN (SBN 232858) |
| | Email: dhan@justicelawcorp.com |
| 2 | SHUNT TATAVOS-GHARAJEH (SBN 272164) |
| | Email: statavos@justicelawcorp.com |
| 3 | TALIA LUX (SBN 336074) |
| | Email: *tlux@justicelawcorp.com* |
| 4 | **JUSTICE LAW CORPORATION** |
| 5 | 751 N. Fair Oaks Avenue, Suite 101 |
| | Pasadena, California 91103 |
| 6 | Telephone: (818) 230-7502 |
| | Facsimile: (818) 230-7259 |
| 7 | |
| 8 | *Attorneys for* Plaintiff |
| 9 | *[Additional Counsel Located on Next Page]* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARIS MCGOWAN, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MCLANE COMPANY, INC., a Texas corporation; MCLANE FOODSERVICE DISTRIBUTION, INC., a North Carolina corporation; MCLANE FOODSERVICE, INC., a Texas corporation; MCLANE/SUNEAST, INC., a Texas corporation; and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Consolidated Actions<br>CASE NO. 5:24-cv-00689-JLS-MAR (Lead) (*McGowan I*)<br><br>CASE NO. 5:24-cv-01332-JLS-MAR (*McGowan II*)<br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: December 15, 2023<br>Removed:　　　April 1, 2024<br>Trial Date:　　　None Set |

| | | |
|---|---|---|
| 1 | **BAKER & HOSTETLER LLP** | **BAKER & HOSTETLER LLP** |
| | Matthew C. Kane, SBN 171829 | Sylvia J. Kim, SBN 258363 |
| 2 | *mkane@bakerlaw.com* | *sjkim@bakerlaw.com* |
| | Amy E. Beverlin, SBN 284745 | Transamerica Pyramid |
| 3 | *abeverlin@bakerlaw.com* | 600 Montgomery Street, Suite 3100 |
| | Kerri H. Sakaue, SBN 301043 | San Francisco, CA 94111-2806 |
| 4 | *ksakaue@bakerlaw.com* | Telephone:   415.659.2600 |
| | 1900 Avenue of the Stars, Suite 2700 | Facsimile:   415.659.2601 |
| 5 | Los Angeles, CA 90067-4508 | |
| 6 | Telephone:   310.820.8800 | |
| | Facsimile:   310.820.8859 | |

Attorneys for Defendants
MCLANE/SUNEAST, INC., MCLANE FOODSERVICE, INC. and MCLANE FOODSERVICE DISTRIBUTION, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paris McGowan and Defendants McLane Foodservice Distribution, Inc., McLane Foodservice, Inc., and McLane/Suneast, Inc.,[1] through their respective counsel, stipulate to dismiss the above-entitled action WITH prejudice as to all the individual claims brought by Plaintiff on Plaintiff's own behalf and WITHOUT prejudice as to the claims asserted by Plaintiff on behalf of putative, uncertified class action members and on behalf of the aggrieved employees. Each party shall bear its own costs.

**IT IS SO STIPULATED.**

DATED: December 30, 2025    **JUSTICE LAW CORPORATION**

By: _/s/ Douglas Han_____
Douglas Han
Shunt Tatavos-Gharajeh
Talia Lux
*Attorneys for* Plaintiff

DATED: December 30, 2025    **BAKER & HOSTETLER LLP**

By: _/s/ Sylvia J. Kim_____
Matthew C. Kane
Sylvia J. Kim
Amy E. Beverlin
Kerri H. Sakaue
*Attorneys for* Defendants

---

[1] Defendant McLane Company, Inc. was dismissed from this action on November 5, 2024 for lack personal jurisdiction. Dkt. #35.